UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>v.<br><br>**HECTOR CARLOS AVALOS GOMEZ,**<br><br>  Defendant. | Case No.: 09cr157-JM<br><br>ORDER |

**IT IS HEREBY ORDERED** that the sentencing hearing be changed to from May 8, 2009, at 9:00 a.m., to June 12, 2009, at 9:00 a.m., or such other time as convenient for the Court.

DATED: May 8, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge